**People of the State of Illinois, Plaintiff-Appellee, v. Robert E. Davidson and James Bryant (Impleaded), Defendants-Appellants.**

Gen. Nos. 52,737, 52,738.

First District, Second Division.

February 24, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joseph Romano, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.